UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOJO SHAKA CALLENDER,<br><br>                           Plaintiff,<br><br>               -v.-<br><br>NEW YORK STATE DEPARTMENT OF MOTOR VEHICLE,<br><br>                           Defendant. | 23 Civ. 9314 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 11, 2024, the Court extended the deadline for Plaintiff to amend his complaint and set a briefing schedule for Defendant's anticipated motion to dismiss. (Dkt. #17). On September 25, 2024, in accordance with the Court's schedule, Plaintiff filed an Amended Complaint. (Dkt. #19). On October 25, 2024, Defendant filed its Motion to Dismiss and accompanying papers. (Dkt. #20-23). However, Plaintiff has yet to file his Opposition to the Motion to Dismiss, which was due on or before November 25, 2024. (Dkt. #17).

In light of the above, the Court will grant Plaintiff one additional opportunity to file his Opposition to the Motion to Dismiss. Accordingly, Plaintiff's deadline for filing his Opposition is ADJOURNED *nunc pro tunc* to **December 30, 2024**. Defendant's deadline to reply shall be on or before **January 13, 2025.** Plaintiff is advised that if he does not file his Opposition on or before December 30, 2024, the Court will construe Defendant's motion as unopposed.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: December 5, 2024
       New York, New York

                                       KATHERINE POLK FAILLA
                                       United States District Judge