**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KOJO SHATA CALLENDER,

                Plaintiff,

-against-                           23 **CIVIL** 9314 (KPF)

**JUDGMENT**

NEW YORK STATE DEPARTMENT OF
MOTOR VEHICLES,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2025, Defendant's motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

        June 27, 2025

                                        **TAMMI M. HELLWIG**
                                            Clerk of Court

                        **BY:**
                                              **Deputy Clerk**